NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID BRUCE MACCHARLES, | C 10-03106 JF (PR) |
| Petitioner, | ORDER OF DISMISSAL |
| vs. | |
| ERIC HOLDER, et al., | |
| Respondents. | |

Petitioner, a California prisoner, seeks petition in pro se for a writ of habeas corpus pursuant to 28 U.S.C. § 2241, seeking a "Judicial Order of Removal" under 8 U.S.C. § 1228, following the end of his state sentence. On January 31, 2011, the Court dismissed the petition with leave to amend, directing Petitioner to file an amended petition within thirty days of the order. (Docket No. 3.) Petitioner was warned that failure to file an amended petition in accordance with the Court Order would result in the dismissal of the action without prejudice. (Id.) The deadline has since passed, and Petitioner has not filed an amended petition. Accordingly, this action is DISMISSED without prejudice.

IT IS SO ORDERED.

DATED: 4/15/11

JEREMY FOGEL
United States District Judge

Order of Dismissal
P:\PRO-SE\SJ.JF\HC.10\MacCharles03106_dism.wpd                    1

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

DAVID BRUCE MACCHARLES,

         Petitioner,

v.

ERIC HOLDER, et al.,

         Respondents.

Case Number: CV10-03106 JF

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 4/27/11, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

David Bruce MacCharles V-03962
CCA-LPCC
5501 N. La Palma Road
Eloy, AZ 85131

Dated: 4/27/11

         Richard W. Wieking, Clerk